UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

JANE O'NEILL

    Plaintiff,

RUTLAND COUNTY STATE'S                     Case No 2:16-cv-196-cr
ATTORNEYS OFFICE ET AL.

    Defendant.

## STIPULATION OF DISMISSAL

NOW COME the parties in the above-entitled matter, by and through their attorneys of record, and stipulate, pursuant to F.R.C.P. 41(a)(1)(A)(ii), to the dismissal with prejudice, of all claims in this action, each party to bear its own fees and costs.

DATED at Burlington, Vermont this ___ day of _____, 2018.

LANGROCK SPERRY & WOOL, LLP

_____
Lisa B. Shelkrot, Esq.
PO Box 721, 210 College Street
Burlington, VT 05402
(802) 864-0217
Attorneys for Plaintiff

DATED at Montpelier, Vermont this 19th day of July, 2018.

VERMONT ATTORNEY GENERAL'S OFFICE

_____
Bartholomew J. Gengler, Esq.
109 State Street
Montpelier, VT 05609-1001
(802) 828-3171
Attorneys for Defendants

775100.1